| 1. Person Reporting (last name, first, middle initial)  BERZON, MARSHA S. | 2. Court or Organization  U.S. CA. NINTH CIRCUIT | 3. Date of Report  05/14/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. CIRCUIT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address  95 SEVENTH STREET P.O. BOX 1939393 SAN FRANCISCO, CA 94119-3939 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

*[stamp: RECEIVED 2009 MAY 20 A 10:59 FINANCIAL DISCLOSURE OFFICE]*

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 05/14/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 9/26-9/27/08 | COLLEGE OF WILLIAM AND MARY - LECTURE FEE | $500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | SELF-EMPLOYED ATTORNEY |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. YALE UNIVERSITY | 05/04/2008 - 05/06/2008 | NEW HAVEN, CT | CIVIC ORG. ACTIVITY | TRAVEL, LODGING, MEALS |
| 2. AFL-CIO LAWYERS CO ORDINATING COMMITTEE | 05/18/2008 - 05/20/2008 | SEATTLE, WA | CIVIC ORG. ACTIVITY | TRAVEL, LODGING, MEALS |
| 3. AMERICAN CONSTITUT ION SOCIETY | 06/12/2008 - 06/15/2008 | WASHINGTON, D.C. | PROFESSIONAL ASSOC. ACTIV | TRAVEL, LODGING, MEALS |
| 4. COLLEGE OF WILLIAM AN D MARY | 09/25/2008 - 09/27/2008 | WILLIAMSBURG, VA | CIVIC ORG. ACTIVITY | TRAVEL, LODGING, MEALS |
| 5. YALE UNIVERSITY | 11/06/2008 - 11/08/2008 | NEW HAVEN, CT | CIVIC ORG. ACTIVITY | TRAVEL, LODGING, MEALS |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 05/14/2009 |

| 6. NEW YORK UNIVERSITY | 11/08/2008 - 11/11/2008 | NEW YORK, NY | CIVIC ORG. ACTIVITY | TRAVEL, LODGING, MEALS |
| 7. HARVARD LAW SCHOOL | 11/17/2008 - 11/19/2008 | CAMBRIDGE, MA | CIVIC ORG. ACTIVITY | TRAVEL, LODGING, MEALS |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 05/14/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK OF AMERICA ACCOUNT | A | Interest | M | T | | | | | |
| 2. COCA COLA COMPANY - COMMON STOCK | B | Dividend | K | T | | | | | |
| 3. COMCAST CORP NEW CL A - COMMON STOCK | A | Dividend | J | T | | | | | |
| 4. CORNING INC - COMMON STOCK | B | Dividend | L | T | | | | | |
| 5. LSI CORPORATION - COMMON STOCK | | None | J | T | | | | | |
| 6. NSTAR - COMMON STOCK | A | Dividend | J | T | | | | | |
| 7. PEPSICO INCORPORATED - COMMON STOCK | A | Dividend | K | T | | | | | |
| 8. PUB SVC ENT GROUP INC - COMMON STOCK | A | Dividend | J | T | | | | | |
| 9. SOURCE INTERLINK COMPANY - COMMON STOCK | | None | J | T | | | | | |
| 10. VERIZON COMMUNICATIONS - COMMON STOCK | A | Dividend | J | T | | | | | |
| 11. VODAFONE GROUP NEW ADR F | A | Dividend | J | T | | | | | |
| 12. DREYFUS APPRECIATION FD | B | Dividend | K | T | | | | | |
| 13. DREYFUS EMERGING LEADERS FUND | C | Dividend | K | T | | | | | |
| 14. DREYFUS PREMIER NEW LEADERS FUND CLASS A | B | Dividend | L | T | | | | | |
| 15. EMBARCADERO ALL CAP GROWTH FD (FMR VAN WAGONER SMALL CAP GF) | | None | K | T | | | | | |
| 16. EMBARCADERO SMALL CAP GROWTH FD (FMR VAN WAGONER EMERGING) | | None | J | T | | | | | |
| 17. RS MID CAP OPPORTUNITIES FUND | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. SCHWAB PREMIER EQUITY SELECT SHARES | A | Dividend | L | T | | | | | |
| 19. SCH CA MUNI MONEY FD (SWEEP) | B | Dividend | L | T | | | | | |
| 20. SCHWAB CA MUNI MONEY FD (NON-SWEEP) | B | Dividend | L | T | | | | | |
| 21. FIDELITY CA AMT TAX FREE MMKT INST CLASS | F | Int./Div. | P1 | T | | | | | |
| 22. PSP#1 ████████ | D | Dividend | M | T | | | | | |
| 23. -AIM CONSTELLATION FUND-CLASS A DOMESTIC EQUITY FUNDS | | | | | Sold | 06-02 | L | D | |
| 24. -AIM CAPITAL DEVELOPMENT FUND-CLASS A | | | | | | | | | |
| 25. -AIM INTERNATIONAL SMALL CO FD -CL A | | | | | | | | | |
| 26. -AIM GLOBAL EQUITY FUND - CLASS A | | | | | | | | | |
| 27. -AIM MULTI-SECTOR FUND - CLASS A | | | | | | | | | |
| 28. IRA#1 ████████ | D | Dividend | M | T | | | | | |
| 29. -AMCAP FUND - CLASS A | | | | | | | | | |
| 30. -WASHINGTON MUTUAL INVESTORS FUND - CLASS A | | | | | | | | | |
| 31. PSRP#1 ████████ | D | Dividend | N | T | | | | | |
| 32. -AMERICAN FUNDS - EUROPACIFIC GROWTH FUND - CL A" | | | | | | | | | |
| 33. -AMERICAN FUNDS - THE GROWTH FUND OF AMERICA - CL A" | | | | | | | | | |
| 34. -AMERICAN FUNDS - THE NEW ECONOMY FUND - CL A" | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -AMERICAN FUNDS - NEW PERSPEC TIVE FUND - CL A" | | | | | | | | | |
| 36. -AMERICAN FUNDS - CAPITAL WOR LD GROWTH AND INCOME FUND - CL | | | | | Buy | 06/10 | L | | |
| 37. -AMERICAN FUNDS - FUNDAMENTAL INVESTORS - CL A" | | | | | | | | | |
| 38. -AMERICAN FUNDS - THE INVESTM ENT COMPANY OF AMERICA - CL A" | | | | | | | | | |
| 39. -AMERICAN FUNDS - WASHINGTON MUTUAL INVESTORS FUND - CL A" | | | | | | | | | |
| 40. -AMERICAN FUNDS - THE INCOME FUND OF AMERICA - CL A" | | | | | | | | | |
| 41. -AMERICAN FUNDS - AMERICAN BA LANCED FUND - CL A" | | | | | | | | | |
| 42. -AMERICAN FUNDS - THE CASH MA NAGEMENT TRUST OF AMERICA - CL | | | | | | | | | |
| 43. -VANGUARD - 500 INDEX FUND | | | | | Buy (add'l) | 05/23 | J | | |
| 44. -VANGUARD EMERGING MARKETS STOCK INDEX FUND | | | | | Buy | 05/23 | K | | |
| 45. IRA#2 | E | Dividend | O | T | | | | | |
| 46. -AMERICAN FUNDS - EUROPACIFIC GROWTH FUND - CL A | | | | | | | | | |
| 47. -AMERICAN FUNDS - THE GROWTH F UND OF AMERICA - CL A | | | | | | | | | |
| 48. -AMERICAN FUNDS - NEW PERSPECT IVE FUND - CL A | | | | | | | | | |
| 49. -AMERICAN FUNDS - -CAPITAL WOR LD GROWTH AND INCOME FUND-CL A | | | | | | | | | |
| 50. -AMERICAN FUNDS - -FUNDAMENTAL INVESTORS - CL A | | | | | | | | | |
| 51. -AMERICAN FUNDS - THE INVESTME NT COMPANY OF AMERICA - CL A | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -AMERICAN FUNDS - CAPITAL INCOME BUILDER - A | | | | | | | | | |
| 53. -AMERICAN FUNDS - THE INCOME FUND OF AMERICA - CL A | | | | | | | | | |
| 54. -AMERICAN FUNDS - AMERICAN BALANCED - CL A | | | | | | | | | |
| 55. ▓▓▓▓ CAPITAL ACCOUNT IN LAW FIRM PARTNERSHIP *1 | D | Interest | J | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BERZON, MARSHA S. | 05/14/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

*1 THE EARNINGS REPORTED IN PART VII REPRESENT T███████████████████████

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544